IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CR. NO. 2:05CR157-T |
| | ) | [18 USC 1546(a); |
| AURELIO VELAZQUEZ-LOPEZ | ) | 42 USC 408(a)(7)(b)] |
| | ) | |
| | ) | |
| | ) | INDICTMENT |

FILED
JUN 29 2005
CLERK
U.S. DISTRICT COURT
MIDDLE DIST. OF ALA.

The Grand Jury charges:

## COUNT 1

On or about April 26, 2005, in the Middle District of Alabama,

AURELIO VELAZQUEZ-LOPEZ,

defendant herein, did knowingly utter, use, and attempt to use an alien registration receipt card and other document prescribed by statute and regulation as evidence of authorized stay and employment in the United States, knowing it to be forged, counterfeited, altered, falsely made and unlawfully obtained, in violation of Title 18, United States Code, Section 1546(a).

## COUNT 2

On or about April 26, 2005, in the Middle District of Alabama,

AURELIO VELAZQUEZ-LOPEZ,

defendant herein, did knowingly and with intent to deceive, falsely represent a number to be the Social Security account number assigned to him by the Secretary when in fact such is not the Social Security account number assigned to him by the Secretary, in violation of Title 42, United States Code, Section 408(a)(7)(b).

A TRUE BILL:

_____
Foreperson

_____
LEURA GARRETT CANARY
UNITED STATES ATTORNEY


_____
Susan R. Redmond
Assistant United States Attorney