**COURTROOM DEPUTY MINUTES**     DATE:___8/9/05_____
**MIDDLE DISTRICT OF ALABAMA**

DIGITAL RECORDING:__11:08 - 11:16_____

☒ INITIAL APPEARANCE
☐ BOND HEARING
☐ DETENTION HEARING
☐ REMOVAL HEARING (R.40)
☒ ARRAIGNMENT
☐ ARRAIGNMENT on SUPERSEDING INDICTMENT
☐ PRELIMINARY EXAMINATION

---

PRESIDING MAG. JUDGE **CHARLES S. COODY**  DEPUTY CLERK: **WANDA STINSON**_____

CASE NO.  **2:05CR157-T-CSC**_____          DEFT. NAME:  **AURELIO VELAZQUEZ-LOPEZ**

USA:  **TERRY MOORER**_____          ATTY:__**JENNIFER HART**_____
          Type Counsel:  ( ) Retained;  ( ) Panel CJA;  ( ) Waived; (☒) CDO
                    ( )  Stand In ONLY

USPTSO/USPO:__**TAMARA MARTIN**_____

Defendant _____✔_____does_____does NOT need an interpreter

Interpreter present _____NO ____✔____YES    NAME:__**BEVERLY CHILDRESS**____

---

☒ kars.          Date of Arrest ____8/8/05_____ or    ☐ karsr40
☒ ia.            Deft. First Appearance. Advised of rights/charges.  ☐Pro/Sup Rel Violator
☒ kcnsl.         Deft. First Appearance with Counsel
☐               Deft. First Appearance without Counsel
☒               Requests appointed Counsel    ☒ ORAL MOTION for Appointment of Counsel
☒ kfinaff.       Financial Affidavit executed  ☐ to be obtained by PTSO
☒ koappted       **ORAL ORDER** appointing Community Defender Organization  -  **Notice to be filed.**
☐k20appt.        Panel Attorney Appointed;  ☐ to be appointed - prepare voucher
☐               Deft. Advises he will retain counsel.  Has retained _____
☒               Government's **ORAL** (kgoralm.) Motion for Detention Hrg.  ☐ To be followed by written motion;
☐               Government's **WRITTEN** Motion for Detention Hrg. filed.
☐kdmhrg.         **Detention Hearing** ☐ held;  ☐ set for _____
☐kotempdtn.       **ORDER OF TEMPORARY DETENTION PENDING HEARING** entered
☐kodtn.           **ORDER OF DETENTION PENDING TRIAL** entered
☐kocondrls.      Release order entered.  Deft. advised of conditions of release
☐kbnd.           ☐BOND EXECUTED (M/D AL charges) $_____. Deft released (kloc LR)
                 ☐BOND EXECUTED (R.40 charges) - deft to report to originating district as ordered
☒ kloc.(LC)      Bond **NOT** executed.  Deft to remain in Marshal's custody
☐               Preliminary Hearing ☐ Set for _____
☐ko.            Deft. **ORDERED REMOVED** to originating district
☐kwvprl.         Waiver of ☐ preliminary hearing; ☐Kwvr40hrg. (Waiver of R.40 Hearing)
☐               Court finds **PROBABLE CAUSE.** Defendant bound over to the Grand Jury.
☒ karr.          **ARRAIGNMENT** SET FOR:_____☒HELD. Plea of **NOT GUILTY** entered.
                 ☒ Set for _10/12/05___ Trial Term; ☐ PRETRIAL CONFERENCE DATE:_____
                 **DISCOVERY DISCLOSURES DATE:**_____8/12/05_____
☐krmknn.        NOTICE to retained Criminal Defense Attorney handed to Counsel
☐krmvhrg.        Identity/Removal Hearing set for _____
☐kwvspt         **Waiver of Speedy Trial Act Rights Executed**

.**** There is a detainer placed on the Deft by INS.  Deft to remain in custody.