IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| vs.   ) | CASE NUMBER: 2:05-cr-00157-T |
| ) | |
| AURELIO VELAZQUEZ-LOPEZ ) | |

## WRIT OF HABEAS CORPUS AD PROSEQUENDUM

TO:   THE WARDEN AND/OR KEEPER OF THE   COOSA COUNTY JAIL
            AT   Rockford, Alabama

and

TO:   THE UNITED STATES MARSHAL, MIDDLE DISTRICT OF ALABAMA
         OR ANY OTHER UNITED STATES MARSHAL

GREETINGS:

We command you, that you have the body of **AURELIO VELAZQUEZ-LOPEZ**, a prisoner in your institution and under your control, as it is said, under safe and secure conduct, to appear before the United States District Court for the Middle District of Alabama, at the Courtroom **5A** of said Court, in the City of Montgomery, Alabama, on **August 17, 2005**, at **10:00 a.m.**, to answer charges pending in said Court and for such other proceedings as may appear proper to the Court; and thereafter, that you return the said defendant to the above-named institution under safe and secure conduct.

BY ORDER OF THE COURT.

DONE this the  5th  day of August, 2005.

DEBRA P. HACKETT, CLERK
UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF ALABAMA

By: _[signature]_
     Deputy Clerk

RECEIVED 2005 AUG -8 A 8:17 UNITED STATES MARSHALS SERVICE MIDDLE ALABAMA

IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) |
| v. | )   CR. NO. 2:05-cr-157- |
| | ) |
| AURELIO VELAZQUEZ-LOPEZ | ) |

## ORDER

Upon consideration of the foregoing motion, and for good cause shown, the Court is of the opinion that said motion should be and the same is hereby granted. It is, therefore, ORDERED that the Clerk of this Court be and is hereby DIRECTED to issue a WRIT of HABEAS CORPUS AD PROSEQUENDUM addressed to Coosa County Jail, Rockford, Alabama, commanding them to deliver the said Aurelio Velazquez-Lopez to any United States Marshal or Deputy United States Marshal and directing said Marshal or Deputy to bring said prisoner before this Court to be held at Montgomery, Alabama, on August 17, 2005, at 10:00 a.m. and to return said prisoner to said official when the Court shall have finished with him.

Done this 4th day of August, 2005.

/s/Charles S. Coody
CHARLES S. COODY
CHIEF UNITED STATES MAGISTRATE JUDGE

ATTEST: A True Copy
Certified to August 5, 2005.
Clerk, U.S. District Court,
Middle District of Alabama
BY _____
Deputy Clerk

L 8/8/05
F 8/8/05
m H.D.
―――
Lout

Aurelio Velazquez-Lope
05-157-T
#

**MARSHAL'S RETURN**

Received this writ of __WHCAP__ On __8/8/05__
and executed same by taking custody of the within named
__Aurelio Velazquez-Lopez__ __Coosa Co jail__ and
delivering him/her on __8/8/05__ to __Mtgy City Jail__
at __Montgomery, AL__  __Jesse Serper, Jr.__
United States Marshal

_____    _____
Deputy Assisting                          Deputy

8/8/05
Coosa Co. is dismissing their charges. To send fax

Unexecuted
P/U on detainer. His charges were dismissed in Coosa Co.

**MARSHAL'S RETURN**

Received this writ of _____ On _____
and executed same by taking custody of the within named
_____ at _____ and
delivering him/her on _____ to _____
at _____, _____
United States Marshal

_____    _____
Deputy Assisting                          Deputy

RETURNED AND FILED

AUG - 9 2005

CLERK
U.S. DISTRICT COURT
MIDDLE DIST. OF ALA.