**UNITED STATES DISTRICT COURT**

MIDDLE DISTRICT OF ALABAMA

OFFICE OF THE CLERK

POST OFFICE BOX 711

MONTGOMERY, ALABAMA 36101-0711

DEBRA P. HACKETT
Clerk

TELEPHONE:
334 954-3600

August 17, 2005

## *NOTICE OF DEFICIENCY*

TO:        Attorney Susan Redmond

FROM:   Sheila Carnes
             Deputy Clerk

SUBJECT:   United States of America v Aurelio Velazquez-Lopez
                 Cr No. 2:05-cr-00157-T
                 Government's August 15, 2005, Motion for Detention Hearing

The Motion for Detention Hearing (DN 11) filed in this case on August 15, 2005, does not include the requisite Certificate of Service required by this Court's CM/ECF Criminal Administrative Procedures for e-filing. Our records reflect that the Federal Defender's Office was appointed to represent defendant Velazquez-Lopez on August 9, 2005.