| | |
|---|---|
| **COURTROOM DEPUTY MINUTES** | **DATE :  SEPTEMBER 19, 2005** |
| **MIDDLE DISTRICT OF ALABAMA** | **DIGITAL RECORDED:  1:27 - 1:28** |

## PRETRIAL CONFERENCE

**PRESIDING MAG. JUDGE:** <u>CHARLES S. COODY</u>    **DEPUTY CLERK:** <u>WANDA STINSON</u>

**CASE NUMBER:** <u>2:05CR157-T-C</u>    **DEFENDANT NAME:** <u>AURELIO VELAZQUEZ-LOPEZ</u>

## APPEARANCES

| GOVERNMENT | DEFENDANT |
|---|---|
| ATTY.  SUSAN REDMOND | ATTY. JENNIFER HART |

√    **DISCOVERY STATUS: NONE.**

_____
_____

√ **PENDING MOTION STATUS: GOVT'S MOTION FOR DETENTION;**

_____

√    **PLEA STATUS: POSSIBLE PLEA**

_____
_____

√    **TRIAL STATUS:   WILL TAKE 1 DAY FOR TRIAL.**

_____
_____

❏    **REMARKS:**

_____
_____