IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) |
| v. | ) CR. NO. 2:05CR157-T |
| | ) |
| AURELIO VELAZQUEZ-LOPEZ | ) |

**FILED**
SEP 29 2005
CLERK
U.S. DISTRICT COURT
MIDDLE DIST. OF ALA.

## CONSENT

I, **Aurelio Velazquez-Lopez**, hereby declare my intention to enter a plea of guilty in the above case, and after conferring with my lawyer, I hereby consent to have a United States Magistrate Judge conduct the proceedings required by Rule 11 of the Federal Rules of Criminal Procedure incident to the making of such a plea and to adjudicate me guilty based on my plea of guilty. I understand that the District Judge to whom this case is assigned will decide later whether to accept or reject any plea agreement I may have with the United States and will impose sentence.

Done this the 29th day of September, 2005

_Aurelio Velazquez Lopez_
Defendant

_Jennifer A. Hart_
Attorney