COURTROOM DEPUTY MINUTES  DATE: 9/29/2005   FTR RECORDING: 10:00 - 10:12

MIDDLE DISTRICT OF ALABAMA          COURT REPORTER: RISA ENTREKIN

❏ **ARRAIGNMENT**      √ **CHANGE OF PLEA**      ❏ **CONSENT PLEA**

❏ **RULE 44(c) HEARING**      ❏ **SENTENCING**

---

**PRESIDING MAG. JUDGE:** *CHARLES S. COODY*  **DEPUTY CLERK:** WANDA STINSON

**CASE NUMBER:** 2:05CR157-T-CSC          **DEFENDANT NAME:** AURELIO VELAZQUEZ-LOPEZ

**AUSA:** SUSAN REDMOND          **DEFENDANT ATTY:** JENNIFER HART

Type Counsel:  ( ) Waived;  ( ) Retained;  ( ) Panel CJA;  (√) CDO

**USPO:** LESLIE CR AFT

Defendant  √  does  _____ does NOT need and interpreter.

Interpreter present?  _____ NO   √ YES   Name: BEVERLY CHILDRESS

---

❏    This is defendant's **FIRST APPEARANCE. (Docket kia.!!!)**

❏    Financial Affidavit executed. **ORAL MOTION** for Appointment of Counsel.

❏    **ORAL ORDER** Appointing ❏ FPD or ❏ CJA Panel. Notice of Appearance to be filed.

❏    **WAIVER OF INDICTMENT** executed and filed.

❏    **FELONY INFORMATION** filed.

❏    Juvenile Information filed w/Certificate that State Court refuses jurisdiction.

**PLEA:**   ❏ Not Guilty  ❏ Nol Contendere  ❏ Not Guilty by reason of insanity

√ Guilty as to:   √ Count(s) 1    of the Indictment.

√ Count(s) 2   ❏ dismissed on oral motion of USA;

√ to be dismissed at sentencing.

√    Consent to enter Guilty Plea before U.S. Magistrate Judge Executed.

❏    No Plea Agreement entered. √ Written plea agreement filed. ❏ **OPEN/ORAL** Plea Agreement.

❏ **ORDERED SEALED.**

√    **ORAL ORDER** Adjudicating defendant guilty.

❏ **ORDER:** Defendant Continued under ❏ Same Conditions/Bond imposed ; ❏ Released on Bond &

Conditions of Release for: ❏ Trial on _____; ❏ Sentencing on _____; ❏ To be set by Separate Order

√ **ORDER:** Defendant remanded to custody of U.S. Marshal for:

❏ Trial on _____; or  √ Sentencing on _____   √ set by separate Order.