IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v | ) | CR. NO. 2:05CR157-T |
| | ) | |
| AURELIO VELAZQUEZ-LOPEZ | ) | |

**ORDER**

Upon consideration of the motion for a detention hearing (doc. # 11) filed by the United States on August 15, 2005, it is

ORDERED that the motion be and is hereby DENIED as moot.

Done this 31st day of October, 2005.

          /s/Charles S. Coody
          CHARLES S. COODY
          CHIEF UNITED STATES MAGISTRATE JUDGE