# MINUTES

IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

HON.  __MYRON H. THOMPSON,__  JUDGE          AT __MONTGOMERY,__ ALABAMA

DATE COMMENCED   __DECEMBER 19 2005__          AT _____11:02_____ A.M./P.M.

DATE COMPLETED   __DECEMBER 19, 2005__          AT _____11:09_____ A.M./P.M.

UNITED STATES OF AMERICA          )
                                  )
     v                            )     Cr No. 2:05cr157-T
                                  )
AURELIO VELAZQUEZ-LOPEZ           )

| PLAINTIFF(S)/GOVERNMENT | APPEARANCES | DEFENDANT(S) |
|---|---|---|
| | X | |
| AUSA Susan Redmond | X | Atty Jennifer Hart |
| | X | |
| | X | |
| | X | |

COURT OFFICIALS PRESENT:

| Kevin Kish, | Sheila Carnes, | Mitchell Reisner, |
|---|---|---|
| Law Clerk | Courtroom Clerk | Court Reporter |

Beverly Childress, Interpreter

PROCEEDINGS:

( ) NONJURY TRIAL
(x) OTHER PROCEEDING:  SENTENCING HEARING


11:02  a.m.     Sentencing hearing commenced.
                Interpreter Sworn.  Terms of plea agreement stated on the
                record; no objections to agreement from PO; court **accepts
                plea agreement.**  No objections to PSR; sentence imposed.
                Government's **ORAL MOTION** to dismiss count two of the
                indictment; **ORAL ORDER** granting motion to dismiss count two.
11:09  a.m.     Hearing concluded.