IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | Case No.: 2:05cr157-T |
| | ) | |
| AURELIO VELAZQUEZ-LOPEZ | ) | |

**DEFENDANT'S MOTION TO CORRECT SENTENCE**

**COMES NOW** the Defendant, Aurelio Velazquez-Lopez, by and through undersigned counsel, Jennifer A. Hart, and pursuant to Rule 35(a) of the Federal Rules of Criminal Procedure, moves this Honorable Court to correct his previously imposed sentence of 10 months to 8 months. As grounds for granting this Motion, Defendant would show the following:

1. On June 29, 2005, Aurelio Velazquez-Lopez was charged in a two-count Indictment with using a forged alien registration receipt card and with falsely representing a Social Security Number to be his own when in fact it was not.

2. On September 29, 2005, Mr. Velazquez pled guilty to one-count of the Indictment and the parties agreed that he should receive a sentence of time served, assuming such a sentence was appropriate under the advisory United States Sentencing Guidelines.

3. On December 19, this Court sentenced Mr. Velazquez. Pursuant to the Presentence Report prepared by the Probation Officer, the applicable sentencing range was 4 to 10 months. After undersigned counsel advised the Court that, by December 26, 2005 that Mr. Velazquez would have served 10 months, the high end of the guideline range. Based upon this representation, the Court imposed a 10 month sentence.

4.	This representation by Defense Counsel represented a mathematical error. Mr. Velazquez was originally taken into custody on April 26, 2005 by state authorities in Coosa County. The arrest was the result of the same facts of this case and the State has since dismissed the charges. Because the state charges have been dismissed, Mr. Velazquez should receive credit towards his Federal term of imprisonment. However, as of December 26, 2005, Mr. Velazquez has been in custody 8 months, not 10 months. Therefore, he respectfully requests that his sentence be reduced to 8 months, as that sentence is authorized by the Rule 11(c)(1)(C) plea agreement.

5.	Due to the Holiday Season, counsel for the Government and the Probation Officer were unavailable for comment regarding this Motion. However, it should be noted that a sentence of time served was both agreed to by the Government in the plea agreement and recommended by the Probation Officer at sentencing. Therefore, Mr. Velazquez believes the Government and Probation would not oppose this minor sentence reduction as it does fall within the recommended sentencing guideline range.

6.	Pursuant to Federal Rule of Criminal Procedure 35(a), "[w]ithin 7 days after sentencing, the court may correct a sentence that resulted from arithmetical, technical, or other clear error." Fed.R.Cr.P. 35(a).[1] Because this error was arithmetical, Mr. Velazquez asserts that this Court has the authority to correct it.

**WHEREFORE**, the Defendant respectfully prays that this Motion be granted and that his Judgment be corrected to reflect a sentence of 8 months imprisonment.

---

[1] Mr. Velazquez was sentenced 8 days ago. However, pursuant to Federal Rule of Criminal Procedure 45(a)(2), in computing the time periods set forth in the Federal Rules, the Court is to "[e]xclude intermediate Saturdays, Sundays and legal holidays when the period is less than 11 days." Fed.R.Cr.P. 45(a)(2). Therefore, this Motion is timely filed.

Dated this 27th day of December 2005.

                Respectfully submitted,

                s/Jennifer A. Hart
                **JENNIFER A. HART**
                FEDERAL DEFENDERS
                MIDDLE DISTRICT OF ALABAMA
                201 Monroe Street, Suite 407
                Montgomery, AL 36104
                Phone: (334) 834-2099
                Fax: (334) 834-0353
                jennifer_hart@fd.org
                AL Bar Code: HAR189

**CERTIFICATE OF SERVICE**

  I hereby certify that on December 27, 2005, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following: Susan Redmond, Esq., AUSA, One Court Square, Suite 201, Montgomery, Alabama 36104.

             Respectfully submitted,

             s/Jennifer A. Hart
             **JENNIFER A. HART**
             FEDERAL DEFENDERS
             MIDDLE DISTRICT OF ALABAMA
             201 Monroe Street, Suite 407
             Montgomery, AL 36104
             Phone: (334) 834-2099
             Fax: (334) 834-0353
             jennifer_hart@fd.org
             AL Bar Code: HAR189